# United States Bankruptcy Court
# Middle District of North Carolina

**CERTIFICATE OF READINESS AND COMPLETION OF RECORD**
Notice of Appeal

**IN RE:** Bankruptcy Case No: 08-80034

    Case Title: Michael B. Nifong

TO:    CLERK, US DISTRICT COURT
        (newcases@ncmd.uscourts.gov)

Appellant(s): Michael B. Nifong

Attorney of Record for Appellant(s): James B. Craven, III, PO Box 1366, Durham, NC 27702   (919)688-8295

Appellee(s):   David. F. Evans, Collin Finnerty, Reade Seligmann

Attorney of record for Appellee(s):   Charles Davant IV, 725 Twelfth Street, N.W., Washington, DC 20005   (202)434-5000
David S. Rudolf, 312 West Franklin Street,  Chapel Hill, NC 27516   (919) 967-4900

Trustee: Sara A. Conti, PO Box 939, Carrboro, NC 27510   (919)967-3375

Debtor/Attorney for Debtor: Michael B. Nifong / James B. Craven, III

Bankruptcy Administrator: Michael D. West, PO Box 1828, Greensboro, NC 27402 (336)358-4170

    The undersigned Deputy Clerk of the U.S. Bankruptcy Court hereby certifies that the record on appeal is complete and ready for transmission.  The Statement of Issues and Designation of Record have been filed.

    I hereby certify that a copy of this certificate was served on the above listed attorneys and the Debtor on this date.

                                            REID WILCOX
                                      Clerk, U.S. Bankruptcy Court

DATE: June 30, 2008          BY:   Tiffany Shoffner
                                     Deputy Clerk