# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk           July 1, 2008           TELEPHONE:
                                                                                                                CIVIL (336) 332-6030
                                                                                                                CRIM. (336) 332-6020
                                                                                                              ADMIN. (336) 332-6000

To:           ALL COUNSEL OF RECORD

From:        JOHN S. BRUBAKER, Clerk of U.S. District Court

Re:          RECEIPT OF APPEAL FROM BANKRUPTCY COURT AND NOTICE OF BRIEFS DUE

Our Case No.:      1:08CV441

Title:            Michael B. Nifong v. David F. Evans, et al

Date Docketed:     JUNE 30, 2008

Pursuant to Bankruptcy Rule 8007(b), you are hereby notified that the above appeal has been docketed as noted.

Briefs are due in accordance with Bankruptcy Rule 8009.

The deadlines set forth in this rule must be observed in order to avoid jeopardizing either party's rights in the appeal.

JSB/dl