IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL B. NIFONG,        )
                            )
          Appellant,    )
                            )          1:08 CV441
         v.               )
                            )
DAVID F. EVANS, et al.,   )
                            )
         Appellees.    )

ORDER

Upon motion of Michael B. Nifong the debtor/appellant, for good cause shown, the briefing schedule in this bankruptcy appeal is amended as follows:

A. The brief of the debtor/appellant shall be filed by August 15, 2008.

B. The briefs of the appellees shall be filed by September 15, 2008.

C. Any reply brief of the debtor/appellant shall be filed by September 30, 2008.

This the 15th day of July, 2008.

United States District Judge