# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL B. NIFONG,                          :
                                            :
        Appellant,                  :
                                            :
  v.                                        :          Case Number: 1:08CV441
                                            :
DAVID F. EVANS, et al.,                     :
                                            :
        Appellees.                  :

# NOTICE
============

**TAKE NOTICE** that a proceeding in this case has been **set** as indicated below:

| | |
|---|---|
| PLACE: | **Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC** |
| COURTROOM NO: | **1** |
| DATE & TIME: | **December 4, 2008 - 10:00 a.m.** |
| PROCEEDING: | **Oral Arguments on Bankruptcy Appeal.** |

---

John S. Brubaker, Clerk

By: /s/ Donita M. Kemp, Deputy Clerk

Date:   October 24, 2008

TO:   ALL COUNSEL AND/OR PARTIES OF RECORD