# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL B. NIFONG,    :
                      :
    Appellant,    :
                      :
v.                    :    Case Number: 1:08CV441
                      :
DAVID F. EVANS, et al.,    :
                      :
    Appellees.    :

## *REVISED NOTICE
============================

**TAKE NOTICE** that a proceeding in this case has been **set** as indicated below:

    PLACE:    ***U.S. Courthouse, 324 W. Market Street, Greensboro, NC***
    COURTROOM NO:  1
    DATE & TIME:    December 4, 2008 - 10:00 a.m.
    PROCEEDING:    Oral Arguments on Bankruptcy Appeal.

John S. Brubaker, Clerk

By: /s/ Donita M. Kemp, Deputy Clerk

Date:   November 24, 2008

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD